

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00204-CR

**SOSIMO BALLALBA GONZALEZ,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 13-05235-CRF-361**

_____

## MEMORANDUM OPINION

_____

Sosimo Ballalba Gonzalez filed a *pro se* notice of appeal from the trial court's denial of his motion for judgment *nunc pro tunc*. We do not have jurisdiction of an appeal from an order denying a motion for judgment *nunc pro tunc*. *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd).

Accordingly, we dismiss this appeal for want of jurisdiction.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Wright[1]
Appeal dismissed
Opinion delivered and filed June 22, 2022
Do not publish
[CRPM]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.